

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Ozua | **Civil Action No.** 16-cv-02491-CAB-NLS |
| **Petitioner,** | |
| V. | |
| John Sutton | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) adopts the Report in full; (2) grants the motion for leave to assert procedural defaults in the Answer; (3) rejects Petitioner's objections; (4) denies the Petition for Writ of Habeas Corpus; and (5) denies a certificate of appealability.

**Date:**        6/26/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Gutierrez

J. Gutierrez, Deputy